**✻ AMENDED ✻**

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

AO 10
Rev. 1/2008

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Scheindlin, Shira A | S.D.N.Y. | 09/02/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge/active | ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final | 01/01/2007 to 12/31/2007 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| USDC-SDNY 500 Pearl Street New York, N.Y. 10007 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Justice Resource Center |
| 2. | Director | Good Shepherd Services |
| 3. | Director | Sedona Conference |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

RECEIVED 2008 SEP -8 A 11: 12 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 09/02/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2-12/07 | Brooklyn Law School Teaching | $ 8,750 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1-12/07 | State University of New York |
| 2. 1-12/07 | IRA #2 withdrawal |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | District Court of Arizona | 2/8/07 - 2/11/07 | Tucson, Arizona | Speaker | Travel, Food, Lodging |
| 2. | ALI-ABA | 3/6/07-3/10/07 | St. Thomas, Virgin Island | Speaker | Travel, Food, Lodging |
| 3. | American Bar Association | 3/20/07-3/21/07 | Charleston, South Carolin | Speaker | Travel, Food, Lodging |
| 4. | American Bar Association | 3/21/07-3/2207 | Chicago, Illinois | Speaker | Travel, Food, Lodging |
| 5. | Sedona Conference | 3/28/07-3/29/07 | Memphis, Tennessee | Speaker | Travel, Food, Lodging |
| 6. | State Bar of Texas | 4/18/07-4/19/07 | Houston, Texas | Speaker | Travel, Food, Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 09/02/2008 |

| | | | | | |
|---|---|---|---|---|---|
| 7. | Institute of Law & Economic Policy | 4/19/07-4/21/07 | San Jose del Cabo, Mexico | Speaker | Travel, Food, Lodging |
| 8. | Sedona Conference | 5/9/07-5/11/07 | Phoenix, Arizona | Speaker | Travel, Food, Lodging |
| 9. | IQPC | 5/18/07-5/24/07 | London, England | Speaker | Travel, Food, Lodging |
| 10. | Tulane University | 6/27/07-6/29/07 | Williamsburg, Virginia | Speaker | Travel, Food, Lodging |
| 11. | Sedona Conference | 8/2/07-8/3/07 | Washington, DC | Board Meeting | Travel, Food, Lodging |
| 12. | American Bar Association | 9/19/07-9/20/07 | Wilmington, Delaware | Speaker | Travel, Food, Lodging |
| 13. | Federation of Defense and Corporate Counsel | 9/26/07-9/27/07 | Chicago, Illinois | Speaker | Travel, Food, Lodging |
| 14. | American Law Institute | 10/4/07-10/5/07 | Austin, Texas | Advisors Meeting - Aggreg | Travel, Food, Lodging |
| 15. | ALI-ABA | 10/31/07-11/4/07 | Washington, DC | Speaker | Travel, Food, Lodging |
| 16. | Georgetown University Law School | 11/15/07-11/16/07 | Washington, DC | Speaker | Travel, Food, Lodging |
| 17. | Practicing Law Institute | 12/13/07-12/17/07 | San Francisco, California | Speaker | Travel, Food, Lodging |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Greenpoint Savings Bank | Mortgage on Rental Property #1, Brooklyn, NY | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 09/02/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Prop. #1, Kings County, NY | F | Rent | P1 | W | | | | | |
| 2. Teachers Insurance Annuity Association | F | Interest | P1 | T | | | | | |
| 3. AXA Financial | A | Dividend | J | T | | | | | |
| 4. Wachovia Bank Deposit Sweep | A | Dividend | J | T | | | | | |
| 5. IRA #1 | D | Dividend | M | T | | | | | |
| 6. IRA Sentinel Cap Inc Markets Class B | | None | K | T | | | | | |
| 7. IRA Sentinal Cap Growth Fund Class A* | | None | K | T | | | | | |
| 8. IRA Sentinel MidCap Growth Class B | | None | K | T | | | | | |
| 9. IRA Sentinel High Yield Bond Class B | | None | K | T | | | | | |
| 10. IRA Sentinel Intl Equity Class B | | None | K | T | | | | | |
| 11. IRA Sentinel Small Company B | | None | K | T | | | | | |
| 12. IRA Sentinel Common Stock Class B | | None | L | T | | | | | |
| 13. IRA Sentinel Gov't. Securities Cl A | | None | K | T | | | | | |
| 14. Intel | A | Dividend | J | T | | | | | |
| 15. College Retirement Equities Fund | | None | P1 | T | | | | | |
| 16. Supplemental and Group Retirement Annuities | D | Interest | N | T | | | | | |
| 17. Vanguard Int'l Mutual Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 09/02/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pfizer | C | Dividend | M | T | | | | | |
| 19. IBM Common Stock | A | Dividend | J | T | | | | | |
| 20. Brooklyn Federal S & L | A | Interest | J | T | | | | | |
| 21. Brookyn Federal S & L | A | Interest | J | T | | | | | |
| 22. Chase Manhattan Bank | A | Interest | J | T | | | | | |
| 23. Chase Manhattan Bank | A | Interest | J | T | | | | | |
| 24. Chase Manhattan Bank | A | Interest | J | T | | | | | |
| Chase Manhattan Bank | B | Interest | N | T | | | | | |
| 26. Chase Manhattan Bank | A | Interest | K | T | | | | | |
| Chase Manhattan Bank | A | Interest | J | T | | | | | |
| 28. NYC Bond series H | A | Interest | | | redemption | 8/1 | J | A | |
| NYC Bond Series H | A | Interest | | | redemption | 10/1 | J | A | |
| 30. NYS Local Gov't Assist. Corp. Series C | B | Interest | K | T | | | | | |
| 31. Fidelity Advantage Small Cap. | | None | K | T | | | | | |
| 32. Fidelity Advantage Mid Cap | B | Dividend | K | T | | | | | |
| IRA ACCOUNT #2 | D | Dividend | L | T | | | | | |
| NWD Var Ins Trust NVIT S&P Index Fund CI4* | | None | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 09/02/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRA Fidelity VIP Contrafund (formerly Fidelity Mgt & Res) | | None | K | T | | | | | |
| 36. IRA DreyfusGrowth & Income (formerly The Dreyfus Corp.) | | None | J | T | | | | | |
| 37. IRA DWS Variable Series One (formerly Scudder Kemper) | | None | J | T | | | | | |
| 38. Rochester Municipal Class A | A | Dividend | | | sell | 12/28 | M | A | |
| 39. Brokerage Account #1 | | | | | | | | | |
| 40. Excelsior NY Tax Exempt Money Fund* | B | Int./Div. | M | T | | | | | |
| 41. Black Rock FDS INTL BD | B | Dividend | | | sell | 9/10 | K | B | |
| 42. Excelsior High Yield Fund | B | Interest | | | sell | 7/25 | K | B | |
| 43. Excelsior Int Term Tax Exempt Fund | A | Int./Div. | | | sell | 1/12 | M | A | |
| 44. Excelsior NY Inter-term tax exempt Fund | D | Int./Div. | M | T | buy | 1/16 | M | | |
| 45. Excelsior NY Inter-term tax exempt Fund | | | | | buy | 4/10 | K | | |
| 46. Excelsior NY Inter-term tax Exmpt Fund | | | | | buy | 7/26 | K | | |
| 47. Excelsior Large Cap Growth Fund | | None | M | T | | | | | |
| 48. Excelsior Value and Restructuring | C | Distribution | M | T | | | | | |
| 49. Kalmar Growth Small Cap Fund | B | Distribution | | | sell | 6/22 | K | D | |
| 50. Pimco Foreign Bond Fund Inst. Unhedged | A | Dividend | K | T | buy | 9/11 | K | | |
| 51. Pimco Funds Development Local Market | B | Dividend | J | T | buy | 9/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 09/02/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Royce Opportunity Fund | B | Distribution | | | sell | 12/17 | K | A | |
| 53. Excelsior Pacific Asia Fund | A | Distribution | | | sell | 6/22 | K | D | |
| 54. Lazard Emerging Mkts | C | Dividend | K | T | | | | | |
| 55. Excelsior Equity Opp. Fund (Equity Core) | A | Distribution | K | T | buy | 10/31 | K | | |
| 56. Excelsior Directional Hedge Fund of Funds | | None | M | T | | | | | |
| 57. Julius Baer Inv. Fund | B | Dividend | M | T | buy | 6/25 | K | | |
| 58. John Hancock Classic Value | A | Dividend | | | sell | 10/30 | K | B | |
| 59. John Hancock Class Value | C | Distribution | | | sell | 12/17 | K | A | |
| 60. Bufallo Fund Midcap Fund | A | Dividend | | | buy | 6/22 | K | | |
| 61. Bufallo Fund Midcap Fund | C | Distribution | | | sell | 12/31 | K | A | |
| 62. Blair William Fund Int. Small Cap Growth Class1 | B | Dividend | K | T | buy | 6/25 | K | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 09/02/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII 1. 4. This is just a sweep account for cash that accumulates in a brokerage account.

Part VII 1. 40. This is just a sweep account for cash that accumulates in a brokerage account.

Part VII 1. 7 IRA Sentinel Cap Op Class B from prior report converted to IRA Sentinel Cap Growth Fund Class A

Part VII 1 34  IRA Gartmore GVIT Equity 500 from prior report converted to NWD Var Ins Trust NVIT S&P Index fund Cl 4

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 09/02/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Scheindlin, Shira A | S.D.N.Y. | 07/02/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge/active | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2007 <br> to <br> 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| USDC-SDNY <br> 500 Pearl Street <br> New York, N.Y. 10007 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Justice Resource Center |
| 2. Director | Good Shepherd Services |
| 3. Director | Sedona Conference |
| 4. | |
| 5. | |

RECEIVED 2008 JUL -7 A 10: 49 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2-12/07 | Brooklyn Law School Teaching | $ 8,750 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1-12/07 | State University of New York |
| 2. 1-12/07 | IRA #2 withdrawal |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | District Court of Arizona | 2/8/07 - 2/11/07 | Tucson, Arizona | Speaker | Travel, Food, Lodging |
| 2. | ALI-ABA | 3/6/07-3/10/07 | St. Thomas, Virgin Island | Speaker | Travel, Food, Lodging |
| 3. | American Bar Association | 3/20/07-3/21/07 | Charleston, South Carolin | Speaker | Travel, Food, Lodging |
| 4. | American Bar Association | 3/21/07-3/22/07 | Chicago, Illinois | Speaker | Travel, Food, Lodging |
| 5. | Sedona Conference | 3/28/07-3/29/07 | Memphis, Tennessee | Speaker | Travel, Food, Lodging |
| 6. | State Bar of Texas | 4/18/07-4/19/07 | Houston, Texas | Speaker | Travel, Food, Lodging |

| | | | | | |
|---|---|---|---|---|---|
| | Name of Person Reporting | | | | Date of Report |
| | Scheindlin, Shira A | | | | 07/02/2008 |

| | | | | | |
|---|---|---|---|---|---|
| 7. | Institute of Law & Economic Policy | 4/19/07-4/21/07 | San Jose del Cabo, Mexico | Speaker | Travel, Food, Lodging |
| 8. | Sedona Conference | 5/9/07-5/11/07 | Phoenix, Arizona | Speaker | Travel, Food, Lodging |
| 9. | IQPC | 5/18/07-5/24/07 | London, England | Speaker | Travel, Food, Lodging |
| 10. | Tulane University | 6/27/07-6/29/07 | Williamsburg, Virginia | Speaker | Travel, Food, Lodging |
| 11. | Sedona Conference | 8/2/07-8/3/07 | Washington, DC | Board Meeting | Travel, Food, Lodging |
| 12. | American Bar Association | 9/19/07-9/20/07 | Wilmington, Delaware | Speaker | Travel, Food, Lodging |
| 13. | Federation of Defense and Corporate Counsel | 9/26/07-9/27/07 | Chicago, Illinois | Speaker | Travel, Food, Lodging |
| 14. | American Law Institute | 10/4/07-10/5/07 | Austin, Texas | Advisors Meeting - Aggreg | Travel, Food, Lodging |
| 15. | ALI-ABA | 10/31/07-11/4/07 | Washington, DC | Speaker | Travel, Food, Lodging |
| 16. | Georgetown University Law School | 11/15/07-11/16/07 | Washington, DC | Speaker | Travel, Food, Lodging |
| 17. | Practicing Law Institute | 12/13/07-12/17/07 | San Francisco, California | Speaker | Travel, Food, Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 07/02/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Greenpoint Savings Bank | Mortgage on Rental Property #1, Brooklyn, NY | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 07/02/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Prop. #1, Kings County, NY | F | Rent | P1 | W | | | | | |
| 2. Teachers Insurance Annuity Association | F | Interest | P1 | T | | | | | |
| 3. AXA Financial | A | Dividend | J | T | | | | | |
| 4. Wachovia Bank Deposit Sweep | A | Dividend | J | T | | | | | |
| 5. IRA #1 | D | Dividend | M | T | | | | | |
| 6. IRA Sentinel Cap Inc Markets Class B | | None | K | T | | | | | |
| 7. IRA Sentinal Cap Growth Fund Class A | | None | K | T | | | | | |
| 8. IRA Sentinel MidCap Growth Class B | | None | K | T | | | | | |
| 9. IRA Sentinel High Yield Bond Class B | | None | K | T | | | | | |
| 10. IRA Sentinel Intl Equity Class B | | None | K | T | | | | | |
| 11. IRA Sentinel Small Company B | | None | K | T | | | | | |
| 12. IRA Sentinel Common Stock Class B | | None | L | T | | | | | |
| 13. IRA Sentinel Gov't. Securities Cl A | | None | K | T | | | | | |
| 14. Intel | A | Dividend | J | T | | | | | |
| 15. College Retirement Equities Fund | | None | P1 | T | | | | | |
| 16. Supplemental and Group Retirement Annuities | D | Interest | N | T | | | | | |
| 17. Vanguard Int'l Mutual Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 07/02/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pfizer | C | Dividend | M | T | | | | | |
| 19. IBM Common Stock | A | Dividend | J | T | | | | | |
| 20. Brooklyn Federal S & L | A | Interest | J | T | | | | | |
| 21. Brookyn Federal S & L | A | Interest | J | T | | | | | |
| 22. Chase Manhattan Bank | A | Interest | J | T | | | | | |
| 23. Chase Manhattan Bank | A | Interest | J | T | | | | | |
| 24. Chase Manhattan Bank | A | Interest | J | T | | | | | |
| 25. Chase Manhattan Bank | B | Interest | N | T | | | | | |
| 26. Chase Manhattan Bank | A | Interest | K | T | | | | | |
| 27. Chase Manhattan Bank | A | Interest | J | T | | | | | |
| 28. NYC Bond series H | A | Interest | | | redemption | 8/1 | J | A | |
| 29. NYC Bond Series H | A | Interest | | | redemption | 10/1 | J | A | |
| 30. NYS Local Gov't Assist. Corp. Series C | B | Interest | K | T | | | | | |
| 31. Fidelity Advantage Small Cap. | | None | K | T | | | | | |
| 32. Fidelity Advantage Mid Cap | B | Dividend | K | T | | | | | |
| 33. IRA ACCOUNT #2 | D | Dividend | L | T | | | | | |
| 34. NWD Var Ins Trust NVIT S&P Index Fund Cl4 | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. IRA Fidelity VIP Contrafund (formerly Fidelity Mgt & Res) | | None | K | T | | | | | |
| 36. IRA DreyfusGrowth & Income (formerly The Dreyfus Corp.) | | None | J | T | | | | | |
| 37. IRA DWS Variable Series One (formerly Scudder Kemper) | | None | J | T | | | | | |
| 38. Rochester Municipal Class A | A | Dividend | | | sell | 12/28 | M | A | |
| 39. Brokerage Account #1 | | | | | | | | | |
| 40. Excelsior NY Tax Exempt Money Fund* | B | Int./Div. | M | T | | | | | |
| 41. Black Rock FDS INTL BD | B | Dividend | | | sell | 9/10 | K | B | |
| 42. Excelsior High Yield Fund | B | Interest | | | sell | 7/25 | K | B | |
| 43. Excelsior Int Term Tax Exempt Fund | A | Int./Div. | | | sell | 1/12 | M | A | |
| 44. Excelsior NY Inter-term tax exempt Fund | D | Int./Div. | M | T | buy | 1/16 | M | | |
| 45. Excelsior NY Inter-term tax exempt Fund | | | | | buy | 4/10 | K | | |
| 46. Excelsior NY Inter-term tax Exmpt Fund | | | | | buy | 7/26 | K | | |
| 47. Excelsior Large Cap Growth Fund | | None | M | T | | | | | |
| 48. Excelsior Value and Restructuring | C | Distribution | M | T | | | | | |
| 49. Kalmar Growth Small Cap Fund | B | Distribution | | | sell | 6/22 | K | D | |
| 50. Pimco Foreign Bond Fund Inst. Unhedged | A | Dividend | K | T | buy | 9/11 | K | | |
| 51. Pimco Funds Development Local Market | B | Dividend | J | T | buy | 9/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 07/02/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Royce Opportunity Fund | B | Distribution | | | sell | 12/17 | K | A | |
| 53. Excelsior Pacific Asia Fund | A | Distribution | | | sell | 6/22 | K | D | |
| 54. Lazard Emerging Mkts | C | Dividend | K | T | | | | | |
| 55. Excelsior Equity Opp. Fund (Equity Core) | A | Distribution | K | T | buy | 10/31 | K | | |
| 56. Excelsior Directional Hedge Fund of Funds | | None | M | T | | | | | |
| 57. Julius Baer Inv. Fund | B | Dividend | M | T | buy | 6/25 | K | | |
| 58. John Hancock Classic Value | A | Dividend | | | sell | 10/30 | K | B | |
| 59. John Hancock Class Value | C | Distribution | | | sell | 12/17 | K | A | |
| 60. Bufallo Fund Midcap Fund | A | Dividend | | | buy | 6/22 | K | | |
| 61. Bufallo Fund Midcap Fund | C | Distribution | | | sell | 12/31 | K | A | |
| 62. Blair William Fund Int. Small Cap Growth Class1 | B | Dividend | K | T | buy | 6/25 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 07/02/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII l. 4. This is just a sweep account for cash that accumulates in a brokerage account.

Part VII l. 40. This is just a sweep account for cash that accumulates in a brokerage account.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544